**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A. FORMERLY DOING BUSINESS AS MYLOR FINANCIAL; QUALITY LOAN SERVICE CORP; AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 11-01032 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 16, 2011        _/s/ Virginia A. Phillips_
                                                 VIRGINIA A. PHILLIPS
                                     United States District Judge